IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| United States of America | ) |
| Plaintiff | ) |
| vs. | )  CASE NUMBER :   CR420-56-7 |
| Ying Le Pang | ) |
| Defendant | ) |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Ying Le Pang_____ has deposited with the Court the sum of $ ___50,020.29___ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __25th__ day of _____January_____, ___2022___, by Order of this Court.

JOHN E. TRIPLETT, CLERK OF COURT

By : _____

Deputy Clerk

(Rev. 03/20)