IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YING LE PANG,<br><br>   Defendant. | CASE NO.: 4:20-cr-56 |

**O R D E R**

Upon consideration of the request by Ying Min Pang for return of the bond posted in the above captioned case in the amount of **$50,000.00**, (doc. 814), and a judgment of conviction having been entered in this case on March 28, 2023, (doc. 776), the Court hereby **GRANTS** the Unopposed Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall disburse said funds, plus any and all accrued interest, to Ying Min Pang, to the address provided in the Motion.

**SO ORDERED**, this 25th day of May, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA